SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------------X
ALMETA HOWELL,                                              Index No.: 30561/08

                        Plaintiff,                         *Notice of Removal*

    -against-

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER
MARRIOTT,

                        Defendant.
------------------------------------------------------------------X

**TO:   SUPREME COURT OF THE STATE OF NEW YORK
        COUNTY OF BRONX**

PLEASE TAKE NOTICE that, on the 22nd day of July, 2008, the defendant, MARRIOTT INTERNATIONAL d/b/a WESTCHESTER MARRIOTT, filed a Petition for Removal of this action from the Supreme Court, Bronx County to the United States District Court, Southern District of New York, pursuant to 28 U.S.C.A. 1446(a), a copy of which is annexed hereto as Exhibit "A".

Dated: New York, New York
       July 22, 2008                          CAMACHO MAURO MULHOLLAND, LLP

                                                               _____
                                                               Andrea Sacco Camacho, Esq.
                                                               Attorneys for Defendant
                                                               350 Fifth Avenue - Suite 5101
                                                               New York, New York  10118
                                                               (212) 947-4999
To: (See Affidavit attached)                   Our File No.: MRTTY-2066-A

Case 1:08-cv-06566-RMB    Document 1    Filed 07/24/2008    Page 2 of 13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ALMETA HOWELL,

                                Plaintiff,                      *Petition for Removal*

       -against-

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER
MARRIOTT,

                              Defendant.
----------------------------------------------------------------X

**TO: THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

The Petitioner, Marriott International d/b/a Westchester Marriot (hereinafter referred to as ("Marriott"), the defendant in this action, by its attorneys, Camacho Mauro Mulholland, LLP, respectfully shows this Court:

1. The Petitioner is the defendant in the instant action.

2. An action was commenced by Summons and Complaint dated June 18, 2008, against the Petitioner in the Supreme Court, County of Bronx, entitled *Almeta Howell v. Marriott International d/b/a Westchester Marriott*. A copy of the Summons and Complaint is annexed hereto as Exhibit "A".

3. This Summons and Complaint was received by Marriott International d/b/a Westchester Marriot by hand on June 30, 2008.

4. The above described action is one in which this Court has original jurisdiction under the provisions of 28 U.S.C. §1332, and is one that may be removed to this Court by Petitioner, the defendant herein, pursuant to the provision of 28 U.S.C. §1441, in that it is a civil action and the plaintiff alleges that the matter in controversy exceeds the

value of $75,000.00 (seventy-five thousand dollars) exclusive of interest and costs, and is between citizens of different states.

5. The plaintiff resides in the State of New York, County of Bronx. Petitioner, Marriott International d/b/a Westchester Marriot, at the time the action was commenced, was and still is a corporation organized exclusively under the laws of the State of Delaware and having its principal place of business in Bethesda, Maryland.

WHEREFORE, petitioner Marriott International d/b/a Westchester Marriot, prays that the action now pending against it in the Supreme Court of the State of New York, County of Bronx, be removed therefrom to the United States District Court for the Southern District of New York, and for such other and further relief this Court deems just and proper.

Dated: New York, New York
      July 22, 2008

CAMACHO MAURO MULHOLLAND, LLP

_____
Andrea Sacco Camacho, Esq. (AES-5719)
Attorneys for Defendant
350 Fifth Avenue - Suite 5101
New York, New York  10118
(212) 947-4999
Our File No.: MRTTY-2066-A

To: (See Affidavit attached)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on 22nd day of July, 2008, deponent served the within **Petition for Removal** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Matthew A. Sosnik, Esq.
125-10 Queens Boulevard – Suite 15
Kew Gardens, New York 11415
(212) 744-9577
Attorneys for Plaintiff

Gloria Zapata

Sworn to before me this
22nd day of July, 2008

DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010

Case 1:08-cv-06566-RMB    Document 1    Filed 07/24/2008    Page 6 of 13

105592-J Randolph        i.l. c. 08 7/14/08

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
-------------------------------------------------------------X

ALMETA HOWELL

                            Plaintiff(s),

          -against-

MARRIOTT INTERNATIONAL D/B/A WESTCHESTER
MARRIOTT

                            Defendant(s).

-------------------------------------------------------------X

Index No.: 30561/08
Date Purchased: 6/26/08
**SUMMONS**

Plaintiff designates Bronx
County as the place of trial.

The basis of venue is:
Plaintiff Residence

Plaintiff resides at:
754 Bartholdi Street
Bronx, NY 10467
County of Bronx

**To the above named Defendant:**

    **You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:    Kew Gardens, New York
             June 18, 2008

                                            MATTHEW A. SOSNIK
                                            The Law Office of Matthew A. Sosnik
                                            Attorneys for Plaintiff(s)
                                            ALMETA HOWELL
                                            125-10 Queens Boulevard, Suite 15
                                            Kew Gardens, New York 11415
                                            (212) 744-9577
                                            Our File No. 06-0030

TO:

MARRIOTT INTERNATIONAL
670 White Plains Road
Tarrytown, NY 10591

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
------------------------------------------------------------X
ALMETA HOWELL

         Plaintiff(s),

-against-

MARRIOTT INTERNATIONAL D/B/A WESTCHESTER MARRIOTT

         Defendant(s).

------------------------------------------------------------X

Index No.:
Date Purchased:

**VERIFIED COMPLAINT**

  Plaintiff, by her attorneys, **THE LAW OFFICE OF MATTHEW A. SOSNIK**, complaining of the Defendant, respectfully alleges, upon information and belief:

1. That at the time of the commencement of this action, Plaintiff **ALMETA HOWELL** resided in the County of Bronx, State of New York.

2. That the cause of action alleged herein arose in the County of Bronx, City and State of New York.

3. That this action falls within one or more of the exemptions set forth in CPLR §1602.

4. That on December 2, 2005, and at all times herein mentioned, Defendant **MARRIOTT INTERNATIONAL** owned the premises located at 670 White Plains Road, Tarrytown, NY.

5. That on December 2, 2005, and at all times herein mentioned, the aforesaid premises were operated by Defendant **MARRIOTT INTERNATIONAL**.

6. That on December 2, 2005, and at all times herein mentioned, the aforesaid premises were managed by Defendant **MARRIOTT INTERNATIONAL**.

7. That on December 2, 2005, and at all times herein mentioned, the aforesaid premises were controlled by Defendant **MARRIOTT INTERNATIONAL**.

8. That on December 2, 2005, and at all times herein mentioned, the aforesaid premises were maintained by Defendant **MARRIOTT INTERNATIONAL**.

9. That at all times hereinafter mentioned, the Defendant **MARRIOTT INTERNATIONAL** repaired the aforesaid premises.

10. On December 2, 2005 Plaintiff **ALMETA HOWELL** was lawfully on the aforesaid premises.

11. That on December 2, 2005, Plaintiff **ALMETA HOWELL** was a lawful pedestrian at the above-mentioned location.

12. That on December 2, 2005, while Plaintiff was lawfully at the aforesaid location, Plaintiff was caused to slip and/or trip and fall and sustain severe and permanent injuries.

13. The above mentioned occurrence, and the results thereof, were caused by the negligence of the Defendant and/or said Defendant's agents, servants, employees and/or licensees in the ownership, operation, management, maintenance and control of the aforesaid premises.

14. That, upon information and belief, Defendant had actual notice of this defective condition for at least fifteen (15) days prior to December 2, 2005.

15. That no negligence on the part of the Plaintiff contributed to the occurrence alleged herein in any manner whatsoever.

16. That because of the above stated premises, Plaintiff **ALMETA HOWELL** was caused to sustain serious injuries and to have suffered pain, shock and mental anguish; that these

injuries and their effects will be permanent; and as a result of said injuries Plaintiff has been caused to incur, and will continue to incur, expenses for medical care and attention; and, as a further result, Plaintiff was, and will continue to be, rendered unable to perform Plaintiff's normal activities and duties and has sustained a resultant loss therefrom.

17. That by reason of the foregoing, Plaintiff **ALMETA HOWELL** was damaged in a sum which exceeds the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

**WHEREFORE**, Plaintiff(s) demand(s) judgment against the Defendants herein, in a sum exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction, together with the costs and disbursements of this action.

Dated:     Kew Gardens, New York
           June 18, 2008

                                    Yours, etc.

                                    MATTHEW A. SOSNIK
                                    The Law Office of Matthew A. Sosnik
                                    Attorneys for Plaintiff(s)
                                    ALMETA HOWELL
                                    125-10 Queens Boulevard, Suite 15
                                    Kew Gardens, New York 11415
                                    (212) 744-9577
                                    Our File No. 06-0030

4

Case 1:08-cv-06566-RMB    Document 1    Filed 07/24/2008    Page 11 of 13

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on 22nd day of July, 2008, deponent served the within **Notice of Removal** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Matthew A. Sosnik, Esq.
125-10 Queens Boulevard – Suite 15
Kew Gardens, New York 11415
(212) 744-9577
Attorneys for Plaintiff

_____
Gloria Zapata

Sworn to before me this
22nd day of July, 2008

_____

DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010

Index No.    30561/08    Year 2008

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

---

ALMETA HOWELL,

                                            Plaintiff,

- against -

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER MARRIOTT,

                                            Defendants.

---

## *Notice of Removal*

---

### CAMACHO MAURO MULHOLLAND, LLP
*Attorneys for Defendants*
**Marriott International d/b/a Westchester Marriott**
Empire State Building
350 Fifth Avenue - Suite 5101
New York, N.Y. 10118
(212) 947-4999
Our File No.: MRTTY-2066-A

---

To:    ***
Attorney(s) for    ***

---

Service of a copy of the within    ***    is hereby admitted.
Dated:    ***
                                                Attorney(s) for    ***

---

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a ***
    entered in the office of the clerk of the within named Court on ***
NOTICE OF ENTRY

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon. ***
    one of the judges of the within named Court, at ***, on ***, at ***   .
NOTICE OF SETTLEMENT

Dated: New York, New York
       July 22, 2008

### CAMACHO MAURO MULHOLLAND, LLP
*Attorneys for* **Marriott International d/b/a Westchester Marriott**
350 Fifth Avenue - Suite 5101
New York, New York 10118