UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.: 08-cv-6566
ALMETA HOWELL,

                              Plaintiff,   *Rule 7.1 Statement*

    -against-

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER
MARRIOTT,

                              Defendant.
-------------------------------------------------------------------X

       Andrea Sacco Camacho, a member of the law firm of Camacho Mauro Mulholland, LLP, attorneys for defendant MARRIOTT INTERNATIONAL d/b/a WESTCHESTER MARRIOTT, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, identify the following entities as parent corporations or any publicly traded corporations that own ten percent or more of the stock of those defendant:

       1. None.

Dated: New York, New York
       July 22, 2008                           CAMACHO MAURO MULHOLLAND, LLP

                                                               _/s/ Camacho_
                                                      Andrea Sacco Camacho, Esq. (AES-5719)
                                                      Attorneys for Defendant
                                                      350 Fifth Avenue - Suite 5101
                                                      New York, New York  10118
                                                      (212) 947-4999
To:  (See Affidavit attached)              Our File No.: MRTTY-2066-A

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on 22nd day of July, 2008, deponent served the within **Rule 7.1 Statement** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Matthew A. Sosnik, Esq.
125-10 Queens Boulevard – Suite 15
Kew Gardens, New York  11415
(212) 744-9577
Attorneys for Plaintiff

Gloria Zapata

Sworn to before me this
22nd day of July, 2008

DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010