UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Index No.: 08-cv-6566
ALMETA HOWELL,

                                           Plaintiff,                  *Verified Answer*

      -against-

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER
MARRIOTT,

                                           Defendant.
-----------------------------------------------------------------------X

        Defendant, Marriott International d/b/a Westchester Marriot, by its attorneys, CAMACHO MAURO MULHOLLAND, LLP, as and for a verified answer to the plaintiff's verified complaint, respectfully alleges:

1. Denies knowledge and information sufficient enough to form a belief as to the truth of this allegation.

2. Denies knowledge and information sufficient enough to form a belief as to the truth of this allegation.

3. Denies and leaves all matters of law to the Honorable Court.

4. Denies and leaves all matters of law to the Honorable Court.

5. Denies and leaves all matters of law to the Honorable Court.

6. Denies and leaves all matters of law to the Honorable Court.

7. Denies and leaves all matters of law to the Honorable Court.

8. Denies and leaves all matters of law to the Honorable Court.

9. Denies and leaves all matters of law to the Honorable Court.

10. Denies knowledge and information sufficient enough to form a belief as to the truth of this allegation.

11. Denies knowledge and information sufficient enough to form a belief as to the truth of this allegation and leaves all matter of law to the Honorable Court.

12. Denies.

13. Denies.

14. Denies.

15. Denies.

16. Denies.

17. Denies.

## AS AND FOR A FIRST AFFIRMATIVE DEFENSE

18. The defendant(s) not being fully advised as to all the facts and circumstances surrounding the incident complained of, hereby assert and reserve unto themselves the defenses of accord and satisfaction, arbitration and award, assumption of risk, contributory negligence, discharge in bankruptcy, duress, estoppel, failure of consideration, fraud, illegality, injury by fellow servant, laches, license, payment, release, res judicata, statute of frauds, statute of limitations, waiver, and any other matter constituting an avoidance or affirmative defense which the further investigation of this matter may prove applicable herein.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

19. The complaint fails to state a claim upon which relief may be granted.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

20. Pursuant to CPLR Article 16, the liability of defendant, Marriott International d/b/a Westchester Marriot, to the plaintiff herein for non-economic loss is limited to

defendant, Marriott International d/b/a Westchester Marriot, equitable share determined in accordance with the relative culpability of each person causing or contributing to the total liability for non-economic loss.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

21. Plaintiff(s) have recovered the costs of medical care, dental care, custodial care, rehabilitation services, loss of earnings and other economical loss and any future such loss or expense will, with reasonable certainty, be replaced or indemnified in whole or in part from collateral sources. Any award made to plaintiff(s) shall be reduced in accordance with the provisions of CPLR 4545(c).

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

22. Any damages sustained by the plaintiff(s) were caused by the culpable conduct of the plaintiff(s), including contributory negligence, assumption of risks, breach of contract and not by the culpable conduct or negligence of this answering defendant. But if a verdict of judgment is awarded to the plaintiff(s), then and in that event the damages shall be reduced in the proportion which the culpable conduct attributable to the plaintiff(s) bears to the culpable conduct which caused the damages.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

23. Plaintiff may have failed to mitigate damages.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

24. Plaintiff's alleged loss and damage, if any, resulted wholly and solely from the fault, neglect and want of care of the Plaintiff or persons or parties other than Defendant, for whose acts said Defendant is not liable or responsible and not as a result of any negligence.

### AS AND FOR A EIGHT AFFIRMATIVE DEFENSE

25.    This defendant is entitled to a set-off if any tort feasor has or will settle with plaintiffs pursuant to G.O.L. 15-108.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

26.    That the plaintiff could with due diligence have obtained personal jurisdiction over tortfeasors not made parties to this lawsuit and thus the culpability of such missing or absent tortfeasors is to be apportioned into the total culpability allegedly causing the subject occurrence.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

27.    That by entering into the activity in which the plaintiff(s) was engaged at the time of the occurrence set forth in the complaint, said plaintiff(s) knew the hazards thereof and the inherent risks incident thereto and had full knowledge of the dangers thereof; that whatever injuries and damages were sustained by the plaintiff(s) herein as alleged in the complaint arose from and were caused by reason of such risks voluntarily undertaken by the plaintiff(s) in his activities and such risks were assumed and accepted by him in performing and engaging in said activities.

### AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE

28.    Whatever injuries and/or damages sustained by the plaintiff at the time and place alleged in the complaint, were due to the acts of parties over whom the defendant was not obligated to exercise any control or supervision.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

29.    The injuries sustained by plaintiff, if any, were not proximately caused by any act of omission of answering defendant.

## AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

30. The complaint must be dismissed, as answering defendant owed no duty to plaintiff.

WHEREFORE, defendant, Marriott International d/b/a Westchester Marriot demands judgment dismissing the complaint herein together with the costs and disbursements of this action.

Dated: New York, New York
      July 22, 2008

CAMACHO MAURO MULHOLLAND, LLP

_____
Andrea Sacco Camacho, Esq. (AES-5719)
Attorneys for Defendant
350 Fifth Avenue - Suite 5101
New York, New York 10118
(212) 947-4999
Our File No.: MRTTY-2066-A

To: (See Affidavit attached)

STATE OF NEW YORK    )
COUNTY OF NEW YORK  ) ss:

Andrea Sacco Camacho, being duly sworn, deposes and says:

That he/she is the attorney for the defendant(s) in the within action; that he/she has read the within Answer and knows the contents thereof, and that same is true to his/her own knowledge, except and to the matters herein stated to be alleged upon information and belief, and that as to those matters he/she believes it to be true.

That the sources of his/her information and knowledge are investigation and records on file.

That the reason this verification is being made by deponent and not by defendant(s) is that the defendant(s) is not within the county where deponent has his/her office.

_____
Andrea Sacco Camacho, Esq.

Sworn to before me this
22nd day of July, 2008

_____

DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on 22nd day of July, 2008, deponent served the within **Verified Answer** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Matthew A. Sosnik, Esq.
125-10 Queens Boulevard – Suite 15
Kew Gardens, New York 11415
(212) 744-9577
Attorneys for Plaintiff

_____
Gloria Zapata

Sworn to before me this
22nd day of July, 2008

_____

DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010

JS 44C/SDNY
REV. 1/2008

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Almeta Howell | Marriott International d/b/a Westchester Marriott |
| **ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**<br>Mathew A. Sosnik<br>Law Office of Mathew A. Sosnik<br>125-10 Queens Blvd, Suite 15<br>Kew Gardens, New York 11415 | **ATTORNEYS (IF KNOWN)**<br>Andrea Sacco Camacho<br>Camacho Mauro Mulholland<br>350 Fifth Avenue, Suite 5101<br>New York, New York 10118 |

CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. §1332

Has this or a similar case been previously filed in SDNY at any time? No? [✓] Yes? [ ]   Judge Previously Assigned _____

If yes, was this case Vol.[ ] Invol. [ ] Dismissed. No [ ] Yes [ ] If yes, give date _____ & Case No. _____

(PLACE AN [x] IN ONE BOX ONLY)          NATURE OF SUIT

                        TORTS                                                           ACTIONS UNDER STATUTES

**CONTRACT**
[ ] 110  INSURANCE
[ ] 120  MARINE
[ ] 130  MILLER ACT
[ ] 140  NEGOTIABLE INSTRUMENT
[ ] 150  RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT
[ ] 151  MEDICARE ACT
[ ] 152  RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS)
[ ] 153  RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS
[ ] 160  STOCKHOLDERS SUITS
[ ] 190  OTHER CONTRACT
[ ] 195  CONTRACT PRODUCT LIABILITY
[ ] 196  FRANCHISE

**REAL PROPERTY**
[ ] 210  LAND CONDEMNATION
[ ] 220  FORECLOSURE
[ ] 230  RENT LEASE & EJECTMENT
[ ] 240  TORTS TO LAND
[ ] 245  TORT PRODUCT LIABILITY
[ ] 290  ALL OTHER REAL PROPERTY

**PERSONAL INJURY**
[ ] 310  AIRPLANE
[ ] 315  AIRPLANE PRODUCT LIABILITY
[ ] 320  ASSAULT, LIBEL & SLANDER
[ ] 330  FEDERAL EMPLOYERS' LIABILITY
[ ] 340  MARINE
[ ] 345  MARINE PRODUCT LIABILITY
[ ] 350  MOTOR VEHICLE
[ ] 355  MOTOR VEHICLE PRODUCT LIABILITY
[X] 360  OTHER PERSONAL INJURY

**ACTIONS UNDER STATUTES**

**CIVIL RIGHTS**
[ ] 441  VOTING
[ ] 442  EMPLOYMENT
[ ] 443  HOUSING/ ACCOMMODATIONS
[ ] 444  WELFARE
[ ] 445  AMERICANS WITH DISABILITIES - EMPLOYMENT
[ ] 446  AMERICANS WITH DISABILITIES -OTHER
[ ] 440  OTHER CIVIL RIGHTS

**PERSONAL INJURY**
[ ] 362  PERSONAL INJURY - MED MALPRACTICE
[ ] 365  PERSONAL INJURY PRODUCT LIABILITY
[ ] 368  ASBESTOS PERSONAL INJURY PRODUCT LIABILITY

**PERSONAL PROPERTY**
[ ] 370  OTHER FRAUD
[ ] 371  TRUTH IN LENDING
[ ] 380  OTHER PERSONAL PROPERTY DAMAGE
[ ] 385  PROPERTY DAMAGE PRODUCT LIABILITY

**PRISONER PETITIONS**
[ ] 510  MOTIONS TO VACATE SENTENCE 28 USC 2255
[ ] 530  HABEAS CORPUS
[ ] 535  DEATH PENALTY
[ ] 540  MANDAMUS & OTHER
[ ] 550  CIVIL RIGHTS
[ ] 555  PRISON CONDITION

**FORFEITURE/PENALTY**
[ ] 610  AGRICULTURE
[ ] 620  OTHER FOOD & DRUG
[ ] 625  DRUG RELATED SEIZURE OF PROPERTY 21 USC 881
[ ] 630  LIQUOR LAWS
[ ] 640  RR & TRUCK
[ ] 650  AIRLINE REGS
[ ] 660  OCCUPATIONAL SAFETY/HEALTH
[ ] 690  OTHER

**LABOR**
[ ] 710  FAIR LABOR STANDARDS ACT
[ ] 720  LABOR/MGMT RELATIONS
[ ] 730  LABOR/MGMT REPORTING & DISCLOSURE ACT
[ ] 740  RAILWAY LABOR ACT
[ ] 790  OTHER LABOR LITIGATION
[ ] 791  EMPL RET INC SECURITY ACT

**IMMIGRATION**
[ ] 462  NATURALIZATION APPLICATION
[ ] 463  HABEAS CORPUS- ALIEN DETAINEE
[ ] 465  OTHER IMMIGRATION ACTIONS

**BANKRUPTCY**
[ ] 422  APPEAL 28 USC 158
[ ] 423  WITHDRAWAL 28 USC 157

**PROPERTY RIGHTS**
[ ] 820  COPYRIGHTS
[ ] 830  PATENT
[ ] 840  TRADEMARK

**SOCIAL SECURITY**
[ ] 861  HIA (1395ff)
[ ] 862  BLACK LUNG (923)
[ ] 863  DIWC/DIWW (405(g))
[ ] 864  SSID TITLE XVI
[ ] 865  RSI (405(g))

**FEDERAL TAX SUITS**
[ ] 870  TAXES (U.S. Plaintiff or Defendant)
[ ] 871  IRS-THIRD PARTY 26 USC 7609

**OTHER STATUTES**
[ ] 400  STATE REAPPORTIONMENT
[ ] 410  ANTITRUST
[ ] 430  BANKS & BANKING
[ ] 450  COMMERCE
[ ] 460  DEPORTATION
[ ] 470  RACKETEER INFLUENCED & CORRUPT ORGANIZATION ACT (RICO)
[ ] 480  CONSUMER CREDIT
[ ] 490  CABLE/SATELLITE TV
[ ] 810  SELECTIVE SERVICE
[ ] 850  SECURITIES/ COMMODITIES/ EXCHANGE
[ ] 875  CUSTOMER CHALLENGE 12 USC 3410
[ ] 890  OTHER STATUTORY ACTIONS
[ ] 891  AGRICULTURAL ACTS
[ ] 892  ECONOMIC STABILIZATION ACT
[ ] 893  ENVIRONMENTAL MATTERS
[ ] 894  ENERGY ALLOCATION ACT
[ ] 895  FREEDOM OF INFORMATION ACT
[ ] 900  APPEAL OF FEE DETERMINATION UNDER EQUAL ACCESS TO JUSTICE
[ ] 950  CONSTITUTIONALITY OF STATE STATUTES

Check if demanded in complaint:

[ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.?
IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE _____ DOCKET NUMBER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [✓] NO

NOTE: Please submit at the time of filing an explanation of why cases are deemed related.

| (PLACE AN x IN ONE BOX ONLY) | | | ORIGIN | | | |
|---|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☑ 2a. Removed from State Court ☐ 2b. Removed from State Court AND at least one party is pro se. | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from (Specify District) | ☐ 6 Multidistrict Litigation | ☐ 7 Appeal to District Judge from Magistrate Judge Judgment |

| (PLACE AN x IN ONE BOX ONLY) | BASIS OF JURISDICTION | IF DIVERSITY, INDICATE CITIZENSHIP BELOW. (28 USC 1322, 1441) |
|---|---|---|
| ☐ 1 U.S. PLAINTIFF  ☐ 2 U.S. DEFENDANT | ☐ 3 FEDERAL QUESTION (U.S. NOT A PARTY)    ☑ 4 DIVERSITY | |

CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)

(Place an [X] in one box for Plaintiff and one box for Defendant)

|  | PTF DEF |  | PTF DEF |  | PTF DEF |
|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | ☒1 [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 ☒5 |
| CITIZEN OF ANOTHER STATE | [ ]2 [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 [ ]4 | FOREIGN NATION | [ ]6 [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

Bronx County, New York

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

Marriott International, Inc.
10400 Fernwood Rd.
Bethesda, MD
Montgomery County

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

Check one: THIS ACTION SHOULD BE ASSIGNED TO: ☐ WHITE PLAINS ☒ MANHATTAN
(DO NOT check either box if this a PRISONER PETITION.)

DATE    SIGNATURE OF ATTORNEY OF RECORD    ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[ ] YES (DATE ADMITTED Mo. 11  Yr. 1996 )
RECEIPT #    Attorney Bar Code # AES-5719

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

J. Michael McMahon, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X  Index No.: 08-cv-6566
ALMETA HOWELL,

                                Plaintiff,                *Rule 7.1 Statement*

    -against-

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER
MARRIOTT,

                               Defendant.
------------------------------------------------------------------X

      Andrea Sacco Camacho, a member of the law firm of Camacho Mauro Mulholland, LLP, attorneys for defendant MARRIOTT INTERNATIONAL d/b/a WESTCHESTER MARRIOTT, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, identify the following entities as parent corporations or any publicly traded corporations that own ten percent or more of the stock of those defendant:

      1. None.

Dated: New York, New York
       July 22, 2008                          CAMACHO MAURO MULHOLLAND, LLP

                                                                  _____
                                                          Andrea Sacco Camacho, Esq. (AES-5719)
                                                           Attorneys for Defendant
                                                           350 Fifth Avenue - Suite 5101
                                                           New York, New York  10118
                                                           (212) 947-4999
To:  (See Affidavit attached)              Our File No.: MRTTY-2066-A

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on 22nd day of July, 2008, deponent served the within **Rule 7.1 Statement** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Matthew A. Sosnik, Esq.
125-10 Queens Boulevard – Suite 15
Kew Gardens, New York 11415
(212) 744-9577
Attorneys for Plaintiff

_____
Gloria Zapata

Sworn to before me this
22nd day of July, 2008

DENA M. SERRANO
Notary Public, State of New York
No. 01SE6042630
Qualified in Kings County
Commission Expires May 30, 2010