UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ALMETA HOWELL,                                    Index No.: 08-CV-6566

                              Plaintiff,         *Offer of Judgment*

      -against-

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER
MARRIOTT,

                             Defendant.
------------------------------------------------------------------------X

      PLEASE TAKE NOTICE that pursuant to Rule 4:58-1 of the New Jersey Rules of Civil Practice, the defendants, MARRIOTT INTERNATIONAL d/b/a WESTCHESTER MARRIOTT hereby makes offer to allow judgment to be taken against it for $6,000 inclusive of costs accrued to the date hereof.

      TAKE FURTHER NOTICE that if this offer is accepted within 90 days after service of this offer, notice of acceptance should be served upon the offeror herein and the clerk of the court.

      TAKE FURTHER NOTICE that the making of the within offer is a withdrawal of all previous offers made by the undersigned. In the event the offer is not accepted on or prior to the 90 days after service of this offer, the within offer shall be deemed withdrawn and is not admissible at trial.

      TAKE FURTHER NOTICE that in the event judgment is recovered for less than the amount of the within offer, the undersigned shall apply for costs, and attorney's fees in accordance with Rule 4:58-3.

Dated: New York, New York
      July 28, 2008

CAMACHO MAURO MULHOLLAND, LLP

_____
Andrea Sacco Camacho, Esq. (AES-5719)
Attorneys for Defendant
350 Fifth Avenue - Suite 5101
New York, New York 10118
(212) 947-4999
Our File No.: MRTTY-2066-A

To: (See Affidavit attached)

STATE OF NEW YORK )
COUNTY OF NEW YORK ) ss:

Gloria Zapata, being duly sworn, deposes and says:

That I am not a party to the within action, am over 18 years of age and reside in Brooklyn, New York.

That on 28th day of July, 2008, deponent served the within **Offer of Judgment** upon the attorneys/individuals listed below, at his/her/its addresses which were so designated by said attorneys for said purpose, by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the United States Postal Service within the State of New York:

TO:

Matthew A. Sosnik, Esq.
125-10 Queens Boulevard – Suite 15
Kew Gardens, New York  11415
(212) 744-9577
Attorneys for Plaintiff

_____
Gloria Zapata

Sworn to before me this
28th day of July, 2008

_____

ERIC S. MALINOWSKI
Notary Public, State of New York
No. 02MA6172616
Qualified in New York County
Commission Expires Aug. 20, 2011

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX

ALMETA HOWELL,

                                                               Plaintiff,

- against -

MARRIOTT INTERNATIONAL d/b/a WESTCHESTER MARRIOTT,

                                                                Defendants.

## Offer of Judgment

**CAMACHO MAURO MULHOLLAND, LLP**
*Attorneys for Defendants*
**Marriott International d/b/a Westchester Marriott**
Empire State Building
350 Fifth Avenue - Suite 5101
New York, N.Y. 10118
(212) 947-4999
Our File No.: MRTTY-2066-A

To:     * * *
Attorney(s) for     * * *

Service of a copy of the within   * * *            is hereby admitted.
Dated:  ***

                                                                      Attorney(s) for  * * *

PLEASE TAKE NOTICE

☐ that the within is a (certified) true copy of a * * *
   entered in the office of the clerk of the within named Court on  * * *
**NOTICE OF ENTRY**

☐ that an Order of which the within is a true copy will be presented for settlement to the Hon. ***
   one of the judges of the within named Court, at ***, on ***, at *** .
**NOTICE OF SETTLEMENT**

Dated: New York, New York
       July 22, 2008

                      **CAMACHO MAURO MULHOLLAND, LLP**
           *Attorneys for* **Marriott International d/b/a Westchester Marriott**
                          350 Fifth Avenue - Suite 5101
                          New York, New York 10118